UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Seymour Wasserstrum
LAW OFFICES OF SEYMOUR WASSERSTRUM
205 W. Landis Ave.
Vineland, NJ 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

Rafael R. Almonte

Order Filed on May 29, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:       18-16642
Chapter:        13
Adv. No.:       N/A
Hearing Date:   5/29/18 @ 10:00 a.m.
Judge:          JNP

**ORDER TO APPROVE APPLICATION TO PARTICIPATE IN U.S.B.C. LOSS MITIGATION PROGRAM OUTSIDE OF THE PRESCRIBED TIME**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 29, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

**Debtors:** Rafael R. Almonte

**Case No:** 18-16642/JNP

**Caption of Order:** Order to Approve Application to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time

---

Upon consideration of Rafael R. Almonte's application for an to Order to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is herby permitted to apply to the U.S.B.C. loss mitigation program outside of the prescribed time period for the property commonly known as 144 Ashbrook Road, Cherry Hill, NJ 08034.

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order debtor's attorney shall file Notice of Request to Enter into Loss Mitigation.